IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MIKE SHERIFF SCOTT | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-228 |
| WARDEN, USP BEAUMONT | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Mike Sheriff Scott, a prisoner previously confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the United States Magistrate Judge for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. (Doc. #13.) The magistrate judge recommends dismissing the Petition for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The recommendation was based on Petitioner's failure to provide the court with his current address.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. Proper notice was given to Petitioner at his last known address, the United States Penitentiary in Pollock, Louisiana. *See* FED. R. CIV. P. 5(b)(2)(C). No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report of the magistrate judge (Doc. #13) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the **15** day of **November, 2021.**

_____
Thad Heartfield
United States District Judge